IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-505-FDW-DCK

| | |
|---|---|
| **DYANIE BERMEO,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **BLAKE ANDIS, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by J. Walton Milam, III, concerning Nathan H. Schnetzler, on October 31, 2022. Nathan Schnetzler seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Nathan H. Schnetzler is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: October 31, 2022

David C. Keesler
United States Magistrate Judge